AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
для the
District of Nevada

X FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

December 13, 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:13-mj-977-NJK |
| Sarah Kate Henecke; | ) | |
| True Name: Alessandara Valencia Toscanelli | ) | Charging District:   District of Idaho-Eastern Division at Pocatello |
| *Defendant* | ) | Charging District's Case No.   4:13-cr-268-EJL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court - District of Idaho, Eastern Div. 801 E. Sherman Street, Pocatello, ID 83201 | Courtroom No.: |
|---|---|---|
| | Before the Honorable Magistrate Judge Candy W. Dale | Date and Time:   Wednesday, 1/15/14, at 11 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Dec 13, 2013

*Judge's signature*

NANCY J. KOPPE, U.S. MAGISTRATE JUDGE
*Printed name and title*